JOHN RAYMOND, *Appellant, v.* JAMES K. BURLINGAME, *Sheriff, etc., Respondent.* — Judgment affirmed. Opinion by HARDIN, J.

HENRY FOLTZ, *Appellant, v.* ROBERT PATTERSON and OTIS PATTERSON, *Respondents.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.; HAIGHT, J., not sitting.

JAMES W. PHELPS, *Respondent, v.* WILLIAM BEARDSLEY, *Appellant.* — Judgment affirmed, with costs. Opinion by HARDIN, J.; HAIGHT, J., not sitting.

ALFRED A. HOWLETT, *Respondent, v.* THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY and others, *Appellants.* — Order affirmed upon opinion delivered by Mr. Justice MERWIN at Special Term, with ten dollars costs and disbursements.

THE CITY OF ROCHESTER, *Respondent, v.* SAMUEL PIERCE, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.; SMITH, P. J., not sitting.

CHARLES NELSON, *Respondent, v.* THE VILLAGE OF CANISTEO, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

ALBERT HEMSTREET, *Respondent, v.* HARVEY LITTLE, *Appellant.* — Judgment of County Court affirmed. Opinion by HARDIN, J.

HENRY AUSTIN, *Appellant, v.* JAMES GILLESPIE and CHARLES McVEY, *Respondents.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.

ARVILLA A. VAN RENSSELAER, *Respondent, v.* CORINTH WOODWORTH and GEORGE WOODWORTH, *Appellants.* — Judgment affirmed. Opinion by HARDIN, J.

SHERWOOD DUNN, *Respondent, v.* CHARLES E. BROWN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

EDWARD HOOPES, *Respondent, v.* SAMUEL C. CUMMINGS, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

SARAH M. CROOKER, *as Executrix, etc., Respondent, v.* EMMERSON S. EDDY, *Appellant.* — Judgment affirmed.

ALICE T. COOK, *as Executrix, etc., Respondent, v.* JOSEPH G. RANDALL, *Appellant, Impleaded, etc.* — Judgment of County Court affirmed. (See *Correl* v. *Morse,* decided in this department in June, 1879.)

FRANK E. ALLEN and others, *Respondents, v.* SAME, *Appellant.* — The like judgment.

GEORGE W. BRADNER, *Respondent, v.* WILLIAM O. GILE, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

IN THE MATTER OF WILLIAM H. SILVERNAIL, *an Attorney.* — Motion to dismiss appeal granted, with ten dollars costs, unless Silvernail serve appeal papers and pay said costs by second Monday of present term, in which case motion denied.

MARY A. WARNER, *Respondent, v.* MERCY HENDERSON, *Appellant.* — Motion denied.